

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-12-00072-CV**

BOBBY SAVANNAH                                                   APPELLANT

V.

JEFFREY SAVANNAH                                                 APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On December 20, 2011, the trial court signed a take-nothing judgment against pro se appellant Bobby Savannah.  Appellant's notice of appeal was therefore due on January 19, 2012.  *See* Tex. R. App. P. 26.1.  Appellant, however, filed his notice of appeal with the county clerk on February 16, 2012.  We sent a letter to appellant to express our concern that we do not have jurisdiction over the appeal because the notice of appeal is untimely.  Appellant

---

[1]*See* Tex. R. App. P. 47.4.

responded to our letter with a letter of his own, but appellant's letter does not show adequate grounds for continuing his appeal. Because our jurisdiction depends on a timely notice of appeal and because appellant's notice of appeal is untimely, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.1, 42.3(a), 43.2(f); *Howlett v. Tarrant Cnty.*, 301 S.W.3d 840, 843 (Tex. App.—Fort Worth 2009, pet. denied) (op. on reh'g) (explaining that a timely filed notice of appeal confers jurisdiction on this court, and "absent a timely filed notice of appeal, we must dismiss the appeal") (citing *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997)).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: May 3, 2012

2